MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-70562 JCS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DETENTION |
| ANGELO DEGENHARDT, | |
| Defendant. | |

     The defendant Angelo Degenhardt made his initial appearance in this District on May 20, 2013 on a petition alleging a supervised release violation out of the District of Utah. The defendant Degenhardt was present and assisted by Assistant Federal Public Defender Rita Bosworth. Assistant United States Attorney Kyle Waldinger appeared for the United States. Jennifer Hutchings appeared on behalf of the U.S. Probation Office.

     At the hearing, the government moved for detention and requested that the defendant Degenhardt be transported to Utah in the custody of the United States Marshals Service to answer to the charges alleged in the pending petition. Proffers and arguments regarding detention and release were submitted by the parties at the hearing on May 20, 2013.

     Upon consideration of the facts, proffers, and arguments presented, the Court finds that

[PROPOSED] ORDER OF DETENTION
CR 13-70562

the defendant has not established by clear-and-convincing evidence that he will not flee or pose a danger to any other person or to the community. *See* 18 U.S.C. § 32.1(a)(6). Accordingly, the Court concludes that the defendant must be detained. Should the Court order his removal to the District of Utah, the defendant will be removed to that District in the custody of the United States Marshals Service.

This Order supplements the Court's findings at the detention hearing and serves as written findings of fact and statement of reasons under 18 U.S.C. § 3142(i)(1).

The Court finds that the current petition alleging a violation of the terms of probation or supervised release is the third such petition that has been filed since the defendant was originally sentenced to probation in Utah in 2005. The defendant's probation or supervised release was previously revoked for the conduct alleged in the first two petitions. The latest petition relates to criminal conduct that the defendant is alleged to have engaged in while waiting to surrender to serve a 90-day sentence imposed for his previous violations of supervised release. Moreover, the defendant has been ordered to self-surrender for service of that 90-day sentence on May 13, 2013, but failed to do so.

Accordingly, based on all of the facts set forth above, the Court finds that the defendant has not established by clear-and-convincing evidence that he will not flee or pose a danger to any other person or to the community.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

(1) the defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for

the purpose of any appearance in connection with a court proceeding.

Dated: May 23, 2013



_____
HON. JO...
United St... ge
Judge Joseph C. Spero

[PROPOSED] ORDER OF DETENTION
CR 13-70562                    -3-